

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 10, 2011

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Attn</u>: Winnethka Torivio, Courtroom Deputy

　　Re:　<u>U.S. v. Faruq Khalil Muhammad 'Isa, 11-CR-819 (RRM)</u>

Dear Judge Mauskopf:

　　　The government submits this letter in connection with the above-captioned matter, which was assigned to Your Honor. The government has conducted a review of its records and determined that no aspect of the investigation, inquiry and prosecution giving rise to the matter was pending or initiated during the Court's tenure as United States Attorney between September 3, 2002 and October 19, 2007.  As a result of the inquiry, the government has not identified any potential recusal issue relating to this matter.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　LORETTA E. LYNCH
　　　　　　　　　　　　　　UNITED STATES ATTORNEY
　　　　　　　　　　　　　　EASTERN DISTRICT OF NEW YORK

　　　　　　By:　　　　　/s/
　　　　　　　　　　　　　　Carter Burwell
　　　　　　　　　　　　　　Zainab Ahmad
　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　(718) 254-6313/6522