

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PWB                                      *271 Cadman Plaza East*
F. #2010R02201                           *Brooklyn, New York 11201*

March 19, 2015

<u>By FedEx and ECF</u>

Adam M. Johnson, Esq.
Supervisory Staff Attorney
CLC New York
Metropolitan Correctional Center
150 Park Row
New York, New York 10007
Tel:    (646) 836-6455
Fax:    (646) 836-7665

                    Re:    United States v. 'Isa
                           <u>Criminal Docket No. 11-819 (RRM)</u>

Dear Mr. Johnson:

        Per our previous email correspondence, enclosed please find a hard drive
containing discovery related to the above-captioned matter for inmate Faruq 'Isa (Fed. Reg.
No. 85664-053).  The discovery materials were previously provided to Mr. 'Isa's defense
counsel.  The discovery materials are subject to a protective order, a copy of which I am also
enclosing.  Please feel free to contact me with any questions or concerns.

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                    United States Attorney

                        By:    /s/ Peter W. Baldwin
                                    Peter W. Baldwin
                                    Assistant U.S. Attorney
                                    (718) 254-6236

Enclosures

cc:    Clerk of the Court (RRM) (by ECF)
       Sabrina Shroff, Esq. and Chase Scolnick, Esq. (by ECF and email)