**Federal Defenders OF NEW YORK, INC.**

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

David E. Patton
Executive Director and
Attorney-in-Chief

Eastern District
Peter Kirchheimer
Attorney-in-Charge

May 13, 2015

FILED VIA ECF
Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. 'ISA, 11-CR-819 (RRM)

Dear Judge Mauskopf:

    I write to request that this Friday's status conference be continued to a date in the middle of June. I am requesting this continuance so that I can have additional time to review and discuss discovery with Mr. 'Isa. The government has informed me that it does not object to this request.

Respectfully submitted,

Chase Scolnick
Sabrina Shroff
Assistant Federal Defenders