

U.S. Department of Justice

United States Attorney
Eastern District of New York

PWB
F. #2010R02201

271 Cadman Plaza East
Brooklyn, New York 11201

February 19, 2016

By Hand Delivery

Sabrina Shroff, Esq.
Mildred M. Whalen, Esq.
Deirdre Von Dornum, Esq.
Samuel Jacobson, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY  11201

      Re: United States v. 'Isa
           Criminal Docket No. 11-819 (RRM)

Dear Counsel:

      The government hereby memorializes its disclosure earlier today of classified discovery materials.  These materials are covered by the Classified Discovery Protective Order entered by the Court on or about February 11, 2016.  If you have any questions or further requests, please do not hesitate to contact me.

      Very truly yours,

      ROBERT L. CAPERS
      United States Attorney

By:    /s/
      Peter W. Baldwin
      Zainab Ahmad
      Alexander Solomon
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosure

cc:    Clerk of the Court (RRM) (by ECF) (without enclosures)