

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS
F. #2010R02201

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 13, 2019

<u>By ECF</u>

Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. 'Isa</u>
     <u>Criminal Docket No. 11-819 (RRM)</u>

Dear Judge Mauskopf:

   The government respectfully submits this additional letter regarding sentencing proceedings in the above-referenced matter, scheduled for June 18, 2019 at 11 a.m. As the Court may recall, on May 31, 2019, the government provided copies of all written victim statements to the Court, together with a cover letter. The cover letter indicated that the government would soon thereafter publicly file redacted versions of all victim statements to omit any personal identification information; the government subsequently made repeated efforts to contact and consult with all victims who submitted written statements. Pursuant to the wishes and directives of the victims the government was able to contact, attached hereto are letters solely of victims who did not object to having their statements filed on the public docket. These letters do not contain any personal identification information. Also attached hereto is the May 31, 2019 cover letter.

            Respectfully submitted,

            RICHARD P. DONOGHUE
            United States Attorney

        By: <u>   /s/ Alexander A. Solomon   </u>
          Alexander A. Solomon
          Assistant U.S. Attorney
          (718) 254-6074

Enclosures
cc: Clerk of the Court (RRM) (by ECF)
   Defense counsel (by ECF)