January 18, 2018

Honorable Roslynn R. Mauskopf:

I am writing to you today in hopes that this letter reaches you before the hearing. You preside over case number 1:11-cr-00819-RRM, the United States v. Faruq Khalil Muhammad 'Isa. I talked to the prosecutors, but I feel my words fell on deaf ears. I beg you to please hear me out.

April 10, 2009 is a total nightmare to me. It is the day I re-live every day. It is the day the men in the green suits came to my door and told me my son had been killed. At that moment my life became a personal hurricane to me. The events of that day spin through my head every day. It is my never ending nightmare. I refused to believe what they were telling me. SSG Gary Lee Woods, Jr. could not have been killed. He is my son. He promised me he would be home just like the last 2 deployments. He was my only son. My first born. I remember the day he was born very vividly! He was a huge part of dream of what my life would look like when I was old enough – He was the first child of my 2 children that I always dreamed of having. I wanted one boy and one girl in that order so he could always take care of her (and he did ). I remember his first day of school. He cried because the teacher did not pass out the reading books. I had to tell him that he was only in Kindergarden and most likely would not be given a reading book until 1st grade. My memories play over and over like the one that reminds me of his love of music. He even took a flat top guitar to Iraq to entertain his brothers in arms. I remember the humble pride he had for his military accomplishments. His favorite line was, "I was just doing my job mom!" These memories never fade. In fact they play in my mind with a constant and sharp focus like they only happened hours ago.

The one memory that burns in my head is what happened that day. He went outside the wire for the first mission he had been on. He volunteered to do this mission. He was the driver of the 5th Humvee. They were going to check on an Iraqi check point not far off base. The 5 vehicle convoy pulls out of the gates and when they were approaching their destination a dump truck with 10,000 pounds of explosives plowed through the check point and the Iraqis were firing at it. They got the ok to engage. The dump truck weaved through the convoy and when he came around the 4th vehicle my son successfully positioned his vehicle so that his gunner would have a good shot. As the dump truck rolled to a stop the 5th vehicle passes by and the truck was detonated. It marked one of the deadliest attacks in Iraq that year. Lee was left unrecognizable by the blast, but I pray he died in peace. When he died, he took a piece of my heart to heaven with him. Nothing can ever replace that piece—not until the day I join him again!

The deep emotional scars that I have experienced since that fateful day were reopened when I received a phone call, informing me that a terrorist involved in Lee's attack had been arrested in Canada. According to intelligence sources, the terrorist knowingly participated in the conspiracy that sent foreign fighters into Iraq to kill Americans. Some of these same foreign fighters entered into Iraq and committed suicide attacks that resulted in the deaths of 5 American soldiers, one of which was my son. After the attacks, the terrorist maintained contact with and offered support to jihadist groups who plotted to kill more Americans. After much time, the terrorist was extradited to federal courts in New York, where he has been charged with eight criminal counts, including five separate charges for deaths of the American Soldiers and

providing material support to terrorists.

I was visited by a prosecuting attorney and an FBI agent to discuss the plea deal that is pending now.  On February 9, 2018 you have a hearing set to hear his guilty plea.  The details of the plea deal include time served and possibility of early release.  If the court accepts his plea, he could technically be 66 at the time of his release.  As I told the attorney and agent that visited me I adamantly do not agree with this.  I also asked where he will be released to.  Their answer was, "I assume Canada since he had started a family there."  THAT is WAY to close for my comfort.  What if this man arranges the death of these 5 families?  I do not want to live my life looking over my shoulder.  Or what if this guy gets back on his computer and hires more Tunisians to kill Americans and makes another mom become a Gold Star Mother?  I would never wish this pain on even my worse enemy.

The lawyers are asking that he pleads guilty to conspiracy to commit murder and he only receive 26 years.  Twenty-six years is not nearly enough time considering that this man had a hand in murdering 5 United State Soldiers and completely devastated the lives of 5 families.  The prosecution is supposed to be representing the interests of our country and its citizens.  They are supposed to represent the 5 families.  I do not feel as if I have a voice at all in this matter.  I feel as though the lives of these 5 soldiers mean nothing to these people.  They seem unconcerned that one day this terrorist will be released.  I will NEVER  be released.  I will live this agony until I take my last breath.  I get the life sentence while he gets just 26 years.

I am broken.  There is not a day that goes by that I do not remember my son's birth.  I remember his love of music.  I remember the details of his death.  These things will never fade.  I don't get any new memories.  I don't get grandchildren from him.  I don't get that phone call every Mothers Day and hear him say, "Happy Mothers Day mom!!  I love you!"  To lose a child is the most horrible thing a Mother could live through.  At the end of the day, I am just a Gold Star Mom pleading for justice for my son whose blood fell upon the sand in a country far away so that we can all live in freedom.  When I am reunited with Lee in heaven, I want to be able to hug him and tell him I did absolutely everything I could do to ensure he is never forgotten and that justice was delivered.

Thank you for hearing me out.  I am only a mom looking out for her son.  Please help me.  Please tell them that 26 years is not near enough for the deaths of 5 American Soldiers.

Sincerely,

Becky L Johnson, Gold Star Mother of SSG Gary Lee Woods, Jr.

The Honorable Roslynn R. Mauskopf
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

re: United States v. Faruq Khalil Muhammad Isa, CR-11-819

May 30, 2019

Your Honor,

I have sat down a hundred times to write this letter to you. Each time I am overcome with frustration and emotions on how to express my feelings towards this case and how it has affected myself, my family and most importantly, my daughter. Before I continue on, please read these name out-loud, so you may hear their names:

Sergeant First Class Bryan E. Hall
Sergeant Edward Forrest
Staff Sergeant Gary Lee Woods Jr.
Corporal Jason Pautsch
Private First Class Bryce Gautier

This specific case has been ongoing for 9 years with postponements, delays and plea bargaining. There has been heartaches and frustrations with each delay. We have finally come to this moment, where so much is lying in your hands. I have read over many of the documents, as you have, that detail both the District Attorney and the defenses ideas of why and how much time he should be given. A part of me understands both sides; however, here is my honest opinion.

The defendant who conspired against United States that ultimately ended in the deaths of five honorable soldiers. One of them is my husband, Bryan Hall. These five men were soldiers, who entered Iraq with the idea to help a country that was being torn by violence, hatred and over run by Taliban forces. Our soldiers were there to help his people and his home country of Iraq. The defendant's role in this terrible operation of terrorism was no "minor role in the conspiracy" as stated by the attorneys. He "knowingly undertook efforts", "offered words of encouragement and religious guidance" to carry out this heinous act. Do not be fooled by the wording from either side of this. The defendants role was a <u>solid, well thought out, conspiracy</u> to cause major injuries and ultimately death to our soldiers. His actions were a direct line to cause this situation.

This plea bargain is no bargain at all. Five US soldiers died on April 10, 2009 as a direct result of the defendant. Five men never returned home to their families. They came home in coffins, dropped with flags. This plea deal has belittled the value of our mens lives to approximately 5 years a piece. He should receive 26 years for <u>each</u> life taken. The attorneys used the word "sufficient" to describe the deal, but I use the words outrageous and insulting.

However, I am fully aware that this appalling agreement was made between the attorneys. Not by the families. Today, I ask you to please enforce the full 26 years. Do not release this malicious and vindictive man back into the world, as you will see him again for more radical acts of violence he will cause. Do not give him time served. He should serve nothing less than the full amount. Evil has a face and he is it.

Remember at the beginning of my letter you read the five names. Say them again. And again. Think of the families that have been broken. Children who will never know their fathers. The wives who buried their husbands, parents who lost their only son, brothers and sisters who are now an only child. You have an opportunity to set a no tolerance standard for terrorists who conspire against our great nation. Stand firm. We have suffered so much in these past 10 years, please do not take light of this. I have included a picture of my husband, SFC Bryan E Hall so you may know his face. His life is worth so much more than just five years.

Thank you,
Rachel M. Hall





The Honorable Roslynn R. Mauskopf

United States District Court for the Eastern District of New York

225 Cadman Plaza East,

Brooklyn, NY 11201

RE: United States v. Faruq Khalil Muhammad Isa, CR-11-819

The following is a "Victim Impact Statement" submitted on behalf of the Hall Family; consisting of John, Betty, and Kristi, respectively: the Father, Mother and Sister of Fallen Soldier and Patriot, Sergeant First Class Bryan Edward Hall, who enlisted into the United States Army prior to the heinous, coordinated, terrorist attacks of this Great Nation on September 11, 2001.

Bryan grew up in Elk Grove, California.  He enjoyed all that the rural upbringing offered to him: Hunting, Fishing, Country Music, football and Baseball.  He was a beloved Son, Brother, Husband and Father. His Father, John, retired as a US Federal Employee who enjoyed coaching football and seeing his son thrive due to the American values and "way of life".  His mother, Betty, retired an educational administrator. Both John and Bettys' contributions to society continue to this day as philanthropic and selfless citizens of their community.  Bryan's sister, Kristi, grew up cheerleading and playing softball. Later, she went on to become an educator herself, devoting her life to the education of the American youth.  I mention all of these things, attributes of Sergeant First Class Bryan E. Hall, his father, mother and sister, because they are the epitome of True Americans, citizens of the greatest Country in this expansive world. Members of the American society, as a whole, that value the preservation of life and liberty to the degree that they will sacrifice everything to help others in need.  Believers in a faith, and GOD, that values all humans and empathize in the struggle of others, encouraging those with a means to contribute to those without.  These are the people that the defendant that sits in front of you hates, to the degree that he was willing to orchestrate and fund the murder of seven people as a result, including Sergeant First Class Bryan Hall, Staff Sergeant Gary L. Woods Junior, Sergeant Edward W. Forrest Junior, Corporal Jason G. Pautsch and Private First Class Bryce E. Gautier.

Let's talk about this prodigality of precious oxygen sitting here in front of us today.  And I do not want to spend too much of our time, wasted on his behalf. While on the East Coast, we have great monuments and dedications to true American Heroes to visit, to waste our time speaking of a product of victimization and entitlement such as this.  His defense would have us believe that he was just that: a victim of his upbringing, a poor, helpless youth that was raised in a third world environment that offered him no choice but to enlist in a misguided ideology and hatred towards the only light of salvation that he would ever see.  His religion would have him believe that an adherence to the true word means a death to all of those that stand against it. A "Religion of Peace", as they like to call it.  A "Peace" that involves a direct, and well laid out, commissioning of its believers towards a "Jihad", up to and including, the

decapitation of those that are not "true believers". This animal was raised in a downtrodden neighborhood, his brother, while involved in an irresponsible act, caught himself on fire. A death that he brought upon himself and not one of his victims should waste a minute of time pondering. The Defense offers nothing other than to suggest that the subsequent murderous and villainous acts of terrorism, commissioned by their client, was in retribution to his brother's capricious, juvenile act to end his own useless life. The justification for the events that led up to the death of several true Heroes, including Sergeant First Class Bryan E. Hall, Staff Sergeant Gary L. Woods Junior, Sergeant Edward W. Forrest Junior, Corporal Jason G. Pautsch and Private First Class Bryce E. Gautier does not comport with rational beliefs.

It has been offered, exceedingly, by both the Defense and Prosecution that his part in this killing of Sergeant First Class Bryan Edward Hall and the other aforementioned United States Service Members was "minimal". Yet, on page four of the United States Government's Letter, dated May 3, 2019, in regards to Criminal Docket Number 11-819, the prosecution offered "There can be no question that the defendant's criminal activity is extremely serious… The criminal activity involves purposeful engagement with a facilitation network that sought to murder members of U.S. and coalition forces through suicide attacks. Indeed, the defendant's involvement in a conspiracy to murder U.S. nationals carries a maximum sentence of life in prison, reflecting the seriousness of such an offense." So I ask, where did we lose track? I, and the other surviving family members respectfully ask what information the defendant offered to guarantee a life outside of the incarceration, more justifiably DEATH, that he deserves. What information did this coward offer to derail the United States of America from a sensible prosecution of this murderous villain?

As far as our United States Judicial System, if I may…and I will, offer a few suggestions: I suspect that a few thousand taxpayer dollars were spent to fly members of the Federal Prosecutorial Team to various locations within the United States to meet with the surviving families. Once there, they empathized with the families and assured them that this trash before us today would receive a minimum of 25 years sentence for every United States Hero, whose death he orchestrated. They garnered support and respect for the promise that they delivered. Today, Your Honorable, we stand before you with the realization that this vermin has decided to save his own life to sacrifice that of one of his brethren. Although we are not surprised by the cowardice and selfish act on his part, and the pursuit of furtherance of justice on the United States' behalf, we are left with a tremendous void. Bryan Edward Hall was a true American Patriot. We are remised to find an equal in this day and age. He gave everything, literally life and blood, to protect the sanctity of the bench that you, the Honorable, sits behind. The venomous, treacherous individual that sits before you today is the antithesis of all that we hold holy in this Great Nation. To offer him any reprieve is to spit in the face of every true American, brown, black, white and other, along with all of those who immigrate legally to realize the great American Way of Life, and defend it to the death. You owe it to all of us who defend this great Nation to prosecute to the full extent, those who threaten the values and freedom that sculpted the foundation of these United States of America, and bring justice to those that defy it.