

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS
F. #2010R02201

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 31, 2019

By ECF, Hand Delivery, and Email

Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. 'Isa
                Criminal Docket No. 11-819 (RRM)

Dear Judge Mauskopf:

        The government respectfully submits this letter regarding sentencing proceedings in the above-referenced matter, scheduled for June 18, 2019 at 11 a.m. This letter attaches victim statements for the Court's consideration. Early next week, the government will publicly file this letter together with redacted versions of these victim statements that omit any personal identification information.

        Additionally, the government respectfully informs the Court that numerous family members of the victims, in addition to a former captain with the victims' military unit, intend to verbally address the Court during the sentencing hearing.

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

                      By:     /s/ Alexander A. Solomon
                                      Alexander A. Solomon
                                      Assistant U.S. Attorney
                                      (718) 254-6074

Enclosures

cc:    Clerk of the Court (RRM)
       Defense counsel